Opinion issued January 28, 2010










In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00267-CV






KRISTINA GAARE, Appellant


V.


EMMANUEL DWAYNE TAYLOR, Appellee






On Appeal from the County Court at Law No. 1

 Brazos County, Texas

Trial Court Cause No. 08-000450-CV-CCL1






MEMORANDUM OPINION Appellant, Kristina Gaare, has failed to timely file a brief. See Tex. R. App. P.
38.8(a) (failure of appellant to file brief). After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 We dismiss the appeal for want of prosecution for failure to timely file a brief. 
We deny all pending motions.

PER CURIAM

Panel consists of Justices Jennings, Hanks, and Bland.